# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| WILD VIRGINIA, VIRGINIA WILDERNESS COMMITTEE, UPSTATE FOREVER, SOUTH CAROLINA WILDLIFE FEDERATION, NORTH CAROLINA WILDLIFE FEDERATION, NATIONAL TRUST FOR HISTORIC PRESERVATION, MOUNTAINTRUE, HAW RIVER ASSEMBLY, HIGHLANDERS FOR RESPONSIBLE DEVELOPMENT, DEFENDERS OF WILDLIFE, COWPASTURE RIVER PRESERVATION ASSOCIATION, CONGAREE RIVERKEEPER, THE CLINCH COALITION, CLEAN AIR CAROLINA, CAPE FEAR RIVER WATCH, ALLIANCE FOR THE SHENANDOAH VALLEY, and ALABAMA RIVERS ALLIANCE,<br><br>     Plaintiffs,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>     Defendants. | Case No. 3:20-cv-00045-NKM |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

For the reasons set forth in Defendants' Opposition to Plaintiffs' Request for Expedited Briefing and Motion for Extension of Time (ECF No. 31), Defendants move the Court to extend the deadline for their response to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 30), and set the schedule below for the briefing of Plaintiffs' Motion for a Preliminary Injunction and

Defendants' forthcoming Motion to Dismiss:

| | |
|---|---|
| August 18, 2020 | Plaintiffs' Motion for Preliminary Injunction |
| August 25, 2020 | Defendants' Motion to Dismiss |
| September 8, 2020 | Plaintiffs' Opposition to Motion to Dismiss, Defendants' Opposition to Motion For Preliminary Injunction |
| September 15, 2020 | Plaintiffs' Reply Supporting Preliminary Injunction, Defendants Reply Supporting Motion to Dismiss |

Dated: August 19, 2020

Respectfully submitted,

| | |
|---|---|
| THOMAS T. CULLEN<br>United States Attorney<br><br>*/s/ Krista Consiglio Frith*<br>Assistant United States Attorney<br>Virginia Bar No. 89088<br>United States Attorney's Office<br>P.O. Box 1709<br>Roanoke, VA 24008<br>TEL (540) 857-2250<br>FAX (540) 857-2614<br>Krista.frith@usdoj.gov | JEFFREY BOSSERT CLARK<br>Assistant Attorney General<br>JONATHAN BRIGHTBILL<br>Principal Deputy Assistant Attorney General<br>PAUL SALAMANCA<br>Senior Counsel<br><br>*/s/Barclay T. Samford*<br>BARCLAY T. SAMFORD<br>NM State Bar No. 12323<br>Senior Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202<br>Tel: (303) 844-1475<br>E-mail: clay.samford@usdoj.gov<br><br>MATTHEW R. OAKES<br>Senior Counsel<br>Environment and Natural Resources<br>Division, Law and Policy<br>Section<br>U.S. Department of Justice |

Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-2686
E-mail: matthew.oakes@usdoj.gov

CLARE BORONOW
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
clare.boronow@usdoj.gov