# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**WILD VIRGINIA, ET AL,**

vs.

**COUNCIL ON ENVIRONMENTAL QUALITY, ET AL**

Action No:   3:20CV00045
Date:   8/24/20
Judge:   Michael F. Urbanski, CUSDJ
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

Kimberley Claire Hunter, Kristin Ann Davis, Megan Elizabeth Kimball, Nicholas S. Torrey, Samuel Edward Evans

Defendant Attorney(s)

Barclay Thomas Samford, Jeffrey Bossert Clark, Krista Frith, Michael Kimberly- PHV

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present telephonically for a status conference. Intervenor Defendant counsel Joshua Rogaczewski is are also on call, along with PHV.   Court admits PHV for purposes of hearing - Michael Kimberly.

Court notes case transferred to him today, explains.   No objections from parties to having the prel inj heard by this court, however dft would like to have ruling by 9/14/20. Court questions parties about ddl's in ECF 35 order entered by Judge Moon. Court asks if this is a similar case to any other currently pending in other courts. Pltf responds re: schedule, stating there are cases in CA and NY, neither have any pending preliminary motions. Dft responds. Dft asks for six day extension of time to file reply in supp of m dism. Pltf responds. Court will keep schedule and asks for ZoomGov PTM hearing on 9/4 at 10am. Dft to file brief on 9/2.

Time in Court:   2:34-3:46   1h 12m