**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| WILD VIRGINIA, et al., *Plaintiffs*, v. COUNCIL ON ENVIRONMENTAL QUALITY, et al., *Defendants*. | Civ. No. 3:20-cv-45-MFU  Hon. Michael F. Urbanski |

**SUPPLEMENTAL RULE 7.1 STATEMENT
FOR AMERICAN FARM BUREAU FEDERATION**

Pursuant to Federal Rule of Civil Procedure 7.1, proposed Intervenor-Defendant American Farm Bureau Federation (AFBF) states that the Virginia Farm Bureau is an independent legal entity affiliated with AFBF through a membership agreement. Under AFBF's bylaws, each state Farm Bureau organization, including the Virginia Farm Bureau, is a member of AFBF and pays membership dues to AFBF. No state Farm Bureau organization is owned or controlled by AFBF. In addition, the Virginia Farm Bureau Mutual Insurance Co. is an independent legal entity, distinct from the Virginia Farm Bureau. AFBF has no corporate or member relationship with the Virginia Farm Bureau Mutual Insurance Co.

Dated: August 25, 2020

Respectfully submitted,

*/s/ Joshua D. Rogaczewski*

MICHAEL B. KIMBERLY*
JOSHUA D. ROGACZEWSKI
  McDermott Will & Emery LLP
  500 North Capitol Street NW
  Washington, DC 20001
  (202) 756-8000
  jrogaczewski@mwe.com
  mkimberly@mwe.com
  mwaring@mwe.com

*Attorneys for Business Associations*

* *pro hac vice* motion pending