IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| WILD VIRGINIA, VIRGINIA WILDERNESS COMMITTEE, UPSTATE FOREVER, SOUTH CAROLINA WILDLIFE FEDERATION, NORTH CAROLINA WILDLIFE FEDERATION, NATIONAL TRUST FOR HISTORIC PRESERVATION, MOUNTAINTRUE, HAW RIVER ASSEMBLY, HIGHLANDERS FOR RESPONSIBLE DEVELOPMENT, DEFENDERS OF WILDLIFE, COWPASTURE RIVER PRESERVATION ASSOCIATION, CONGAREE RIVERKEEPER, THE CLINCH COALITION, CLEAN AIR CAROLINA, CAPE FEAR RIVER WATCH, ALLIANCE FOR THE SHENANDOAH VALLEY, and ALABAMA RIVERS ALLIANCE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:20-cv-00045-MFU<br><br><br><br><br><br>**MOTION TO DISMISS** |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY, | ) ) ) ) ) |  |
| Defendants. |  |  |

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and Local Civil Rule 11, the

Defendants move the Court to dismiss the Plaintiffs' Complaint (ECF No. 1) for lack of subject-

matter jurisdiction. As set forth more fully in the Memorandum in Support of Defendants'

1

Motion to Dismiss, the Complaint should be dismissed because the Plaintiffs lack standing and their claims are not ripe for judicial review.

    This motion is set for hearing on September 4, 2020.  ECF No. 35.

Dated: August 25, 2020.

Respectfully submitted,

| | |
|---|---|
| THOMAS T. CULLEN<br>United States Attorney<br><br>*/s/ Krista Consiglio Frith*<br>Assistant United States Attorney<br>Virginia Bar No. 89088<br>United States Attorney's Office<br>P.O. Box 1709<br>Roanoke, VA 24008<br>TEL (540) 857-2250<br>FAX (540) 857-2614<br>Krista.frith@usdoj.gov | JEFFREY BOSSERT CLARK<br>Assistant Attorney General<br>JONATHAN BRIGHTBILL<br>Principal Deputy Assistant Attorney General<br>PAUL SALAMANCA<br>Senior Counsel<br><br>*/s/Barclay T. Samford*<br>BARCLAY T. SAMFORD<br>NM State Bar No. 12323<br>Senior Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202<br>Tel: (303) 844-1475<br>E-mail: clay.samford@usdoj.gov<br><br>ALLEN M. BRABENDER<br>Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Appellate Section<br>Post Office Box 7415<br>Washington, D.C. 20044<br>Tel: (202) 514-2748<br>E-mail: allen.brabender@usdoj.gov<br><br>STEVEN W. BARNETT<br>Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section |

Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: steven.barnett@usdoj.gov

MATTHEW R. OAKES
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: matthew.oakes@usdoj.gov

CLARE M. BORONOW
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
Email: clare.boronow@usdoj.gov