# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WILD VIRGINIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY, et al., <br><br> *Defendants*. | Civ. No. 3:20-cv-45-MFU <br><br> Hon. Michael F. Urbanski |

## BUSINESS ASSOCIATIONS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), proposed Intervenor-Defendants American Farm Bureau Federation, American Fuel & Petrochemical Manufacturers, American Forest Resource Council, American Petroleum Institute, American Road & Transportation Builders Association, Chamber of Commerce of the United States of America, Federal Forest Resource Coalition, Interstate Natural Gas Association of America, and National Cattlemen's Beef Association (the "Business Associations") hereby move to dismiss plaintiffs' complaint for lack of an Article III case or controversy. In support of this motion, the Business Associations rely upon the accompanying Brief in Support of Business Associations' Motion to Dismiss; any reply brief submitted in support of the motion; and any oral argument permitted at a hearing on the motion.

Dated: August 25, 2020

Respectfully submitted,

*/s/ Joshua D. Rogaczewski*

MICHAEL B. KIMBERLY\*
JOSHUA D. ROGACZEWSKI
 *McDermott Will & Emery LLP*
 *500 North Capitol Street NW*
 *Washington, DC 20001*
 *(202) 756-8000*
 *jrogaczewski@mwe.com*
 *mkimberly@mwe.com*

*Attorneys for Business Associations*

\* *pro hac vice* motion pending

1