IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| WILD VIRGINIA, VIRGINIA WILDERNESS COMMITTEE, UPSTATE FOREVER, SOUTH CAROLINA WILDLIFE FEDERATION, NORTH CAROLINA WILDLIFE FEDERATION, NATIONAL TRUST FOR HISTORIC PRESERVATION, MOUNTAINTRUE, HAW RIVER ASSEMBLY, HIGHLANDERS FOR RESPONSIBLE DEVELOPMENT, DEFENDERS OF WILDLIFE, COWPASTURE RIVER PRESERVATION ASSOCIATION, CONGAREE RIVERKEEPER, THE CLINCH COALITION, CLEAN AIR CAROLINA, CAPE FEAR RIVER WATCH, ALLIANCE FOR THE SHENANDOAH VALLEY, and ALABAMA RIVERS ALLIANCE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:20-cv-00045-MFU |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY, | ) ) ) ) ) | |
| Defendants. | | |

## **NOTICE OF ERRATA**

The Defendants respectfully submit this errata to its Brief in Support of Defendants' Motion to Dismiss, which was filed August 25, 2020, at ECF No. 52, in order to provide accurate tables of contents and authorities, and to correct several typographical errors in the document.

None of these changes are material. The edits to the tables include corrected page numbers, conforming edits to a missing authority cited in the Brief, and minor typographical corrections.

The other typographical edits to the document include changing "NKM" to MFU" in the case number on the cover page; on page 9, changing "block" to "bloc," removing "adherence" before "adhering," and changing "taken on in" to "taken in"; on page 29, correcting a cite to the *Public Citizen* case; on page 33, correcting "Plaintiffs" to "Plaintiffs'" in the subheading; on page 38, adding a missing comma and removing the Defendants' internal tracking number; and making conforming edits to use "decisionmaker" and "decisionmaking" consistently throughout the document.

The Defendants are concurrently filing a corrected Brief containing these changes.

Dated: August 26, 2020

Respectfully submitted,

| | |
|---|---|
| THOMAS T. CULLEN<br>United States Attorney<br><br>*/s/ Krista Consiglio Frith*<br>Assistant United States Attorney<br>Virginia Bar No. 89088<br>United States Attorney's Office<br>P.O. Box 1709<br>Roanoke, VA 24008<br>TEL (540) 857-2250<br>FAX (540) 857-2614<br>Krista.frith@usdoj.gov | JEFFREY BOSSERT CLARK<br>Assistant Attorney General<br>JONATHAN BRIGHTBILL<br>Principal Deputy Assistant Attorney General<br>PAUL SALAMANCA<br>Senior Counsel<br><br>*/s/Barclay T. Samford*<br>BARCLAY T. SAMFORD<br>NM State Bar No. 12323<br>Senior Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202<br>Tel: (303) 844-1475<br>E-mail: clay.samford@usdoj.gov |

ALLEN M. BRABENDER
Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Appellate Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-5316
E-mail: allen.brabender@usdoj.gov

STEVEN W. BARNETT
Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: steven.barnett@usdoj.gov

MATTHEW R. OAKES
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: matthew.oakes@usdoj.gov

CLARE BORONOW
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
clare.boronow@usdoj.gov