

**U.S. Department of Justice**

Environment and Natural Resources Division

90-1-4-16098

*Denver Field Office*  
*999 18th Street*  
*South Terrace, Suite 370*  
*Denver, CO 80202*

*Telephone (303) 844-1475*  
*Facsimile (303) 844-1350*

October 20, 2020

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

OCT 22 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

**VIA FED EX**

Clerk of Court  
United States District Court for Western District of Virginia  
255 W. Main Street, Room 304  
Charlottesville, VA 22902  
(434) 296-9284

Re:   *Wild Virginia et al. v. CEQ*, 3:20-cv-00045-JPJ-PMS

Dear Sir or Madam,

Enclosed please find a copy of a USB flash drive containing the Council on Environmental Quality's Administrative Record for the above captioned case. A copy of Defendants' notice of lodging of the administrative record is enclosed for reference.

If you have any questions, please call me at (303) 844-1475.

Respectfully,

/s/ Barclay T. Samford  
Barclay T. Samford  
Trial Attorney  
Environment and Natural Resources Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILD VIRGINIA, VIRGINIA WILDERNESS COMMITTEE, UPSTATE FOREVER, SOUTH CAROLINA WILDLIFE FEDERATION, NORTH CAROLINA WILDLIFE FEDERATION, NATIONAL TRUST FOR HISTORIC PRESERVATION, MOUNTAINTRUE, HAW RIVER ASSEMBLY, HIGHLANDERS FOR RESPONSIBLE DEVELOPMENT, DEFENDERS OF WILDLIFE, COWPASTURE RIVER PRESERVATION ASSOCIATION, CONGAREE RIVERKEEPER, THE CLINCH COALITION, CLEAN AIR CAROLINA, CAPE FEAR RIVER WATCH, ALLIANCE FOR THE SHENANDOAH VALLEY, and ALABAMA RIVERS ALLIANCE, | Case No. 3:20-cv-00045-JPJ-PMS |
| Plaintiffs, | |
| v. | |
| COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY, | |
| Defendants, | |
| and | |
| AMERICAN FARM BUREAU FEDERATION, AMERICAN FOREST RESOURCE COUNCIL, AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, AMERICAN ROAD & TRANSPORTATION BUILDERS ASSOCIATION, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, FEDERAL FOREST RESOURCE COALITION, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL CATTLEMEN'S BEEF ASSOCIATION, | |
| Defendants-Intervenors. | |

## NOTICE OF LODGING OF ADMINISTRATIVE RECORD

Federal Defendants, by their undersigned counsel, hereby give notice of the lodging of the administrative record in the above captioned case. The administrative record consists of 1,430,762 pages, bates numbered NEPA_00000001 - NEPA_01431121. The record is certified by CEQ employee Amy Coyle. Mr. Coyle's certification is attached as Exhibit 1. The index to the administrative record is attached as Exhibit 2.

Because the record is extremely voluminous, it is being submitted for manual filing on a single USB flash drive. The USB flash drive contains an index "hyperlinked" to the specified documents to assist the user in locating each document.

The administrative record will be shipped on this date for over-night delivery to: the Clerk of Court for the United States District Court for the Western Division of Virginia; the Chambers of the Honorable James P. Jones, counsel for Plaintiffs Kimberley Hunter, and counsel for Defendant-Intervenors Michael Kimberly.

Respectfully submitted this 20th day of October, 2020,

| | |
|---|---|
| DANIEL P. BUBAR<br>Acting United States Attorney<br><br>/s/ *Krista Frith*<br>Assistant United States Attorney<br>Virginia Bar No. 89088<br>United States Attorney's Office<br>P.O. Box 1709<br>Roanoke, VA 24008<br>TEL (540) 857-2250<br>FAX (540) 857-2614<br>Krista.frith@usdoj.gov | JEFFREY BOSSERT CLARK<br>Assistant Attorney General<br>JONATHAN BRIGHTBILL<br>Principal Deputy Assistant Attorney General<br>PAUL E. SALAMANCA<br>Deputy Assistant Attorney General<br><br>/s/ *Barclay T. Samford*<br>BARCLAY T. SAMFORD<br>NM State Bar No. 12323<br>Senior Attorney<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202<br>Tel: (303) 844-1475<br>E-mail: clay.samford@usdoj.gov |

1

ALLEN M. BRABENDER
Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Appellate Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-5316
E-mail: allen.brabender@usdoj.gov

STEVEN W. BARNETT
Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: steven.barnett@usdoj.gov

MATTHEW R. OAKES
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: matthew.oakes@usdoj.gov

CLARE BORONOW
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
E-mail: clare.boronow@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILD VIRGINIA, VIRGINIA WILDERNESS COMMITTEE, UPSTATE FOREVER, SOUTH CAROLINA WILDLIFE FEDERATION, NORTH CAROLINA WILDLIFE FEDERATION, NATIONAL TRUST FOR HISTORIC PRESERVATION, MOUNTAINTRUE, HAW RIVER ASSEMBLY, HIGHLANDERS FOR RESPONSIBLE DEVELOPMENT, DEFENDERS OF WILDLIFE, COWPASTURE RIVER PRESERVATION ASSOCIATION, CONGAREE RIVERKEEPER, THE CLINCH COALITION, CLEAN AIR CAROLINA, CAPE FEAR RIVER WATCH, ALLIANCE FOR THE SHENANDOAH VALLEY, and ALABAMA RIVERS ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY, <br><br> Defendants. | ) <br> ) Case No. 3:20-cv-00045-JPJ-PMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF AMY COYLE**

I, Amy Coyle, do hereby declare as follows:

1.  I am the Deputy General Counsel at the Council on Environmental Quality (CEQ). As Deputy General Counsel, I am responsible for advising on the legal ramifications on all actions associated with CEQ's statutory responsibility for advising the President on environmental matters, coordinating environmental policies within the Executive Branch, overseeing the implementation of the National Environmental Policy Act (NEPA), and complying with various statutes including the Freedom of Information Act (FOIA). I have been in this position since August 2, 2020. Before joining CEQ, I was employed by the U.S. Department of Transportation Office of the Secretary as a Senior Attorney focusing on the Department's National Environmental Policy Act (NEPA) compliance. I came to CEQ as a detailee in December 2018 and joined CEQ as a full-time employee on August 2, 2020.

2.  I am familiar with CEQ's authorities, regulations, policies, and activities. I have worked on legal issues associated with NEPA and infrastructure development for the past eleven years.

3.  In my role as Deputy General Counsel, I have been assigned to compile the administrative record for the final rule titled, "Update to the Regulations Implementing the Procedural Provisions of the National Environmental Policy Act," which was the first comprehensive revision of the CEQ NEPA implementing regulations in over 40 years. 85 Fed. Reg. 43,304 (July 16, 2020).

4.  As part of its two-year rulemaking under the Administrative Procedure Act (APA), CEQ considered many source documents and public comments. The administrative record includes over thirty years of guidance issued by CEQ; approximately 12,500 comments on its Advance Notice of Proposed Rulemaking and 1.1 million comments on its Notice of

Proposed Rulemaking and testimony received through public hearings; and studies and reports on the NEPA process, such as the length and timeframes for completing NEPA reviews. To the best of my knowledge, the index for the administrative record lists each of those documents. CEQ did not withhold any documents from the record based on an assertion of privilege.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this the 20th day of October, 2020.

Amy Coyle
Deputy General Counsel
Council on Environmental Quality