**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| WILD VIRGINIA, VIRGINIA | ) | Case No. 3:20-cv-00045-JPJ-PMS |
| WILDERNESS COMMITTEE, | ) | |
| UPSTATE FOREVER, SOUTH | ) | |
| CAROLINA WILDLIFE | ) | |
| FEDERATION, NORTH CAROLINA | ) | **DEFENDANTS' NOTICE OF INTENT TO** |
| WILDLIFE FEDERATION, | ) | **RESPOND TO MOTIONS FOR LEAVE TO** |
| NATIONAL TRUST FOR HISTORIC | ) | **FILE AMICUS BRIEFS (ECF NOS. 106, 107,** |
| PRESERVATION, | ) | **109)** |
| MOUNTAINTRUE, HAW RIVER | ) | |
| ASSEMBLY, HIGHLANDERS FOR | ) | |
| RESPONSIBLE DEVELOPMENT, | ) | |
| DEFENDERS OF WILDLIFE, | ) | |
| COWPASTURE RIVER | ) | |
| PRESERVATION ASSOCIATION, | ) | |
| CONGAREE RIVERKEEPER, THE | ) | |
| CLINCH COALITION, CLEAN AIR | ) | |
| CAROLINA, CAPE FEAR RIVER | ) | |
| WATCH, ALLIANCE FOR THE | ) | |
| SHENANDOAH VALLEY, and | ) | |
| ALABAMA RIVERS ALLIANCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COUNCIL ON ENVIRONMENTAL | ) | |
| QUALITY and MARY NEUMAYR IN | ) | |
| HER OFFICIAL CAPACITY AS | ) | |
| CHAIR OF THE COUNCIL ON | ) | |
| ENVIRONMENTAL QUALITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1

Defendants hereby give notice that they intend to respond to the three motions for leave

to file an amicus brief filed today, November 30, 2020.  ECF No. 106 (Motion of Former

Officials of the Council on Environmental Quality); ECF No. 107 (Motion of Members of

Congress Thomas R. Carper, Peter A. DeFazio, and Raúl M. Grijalva); ECF No. 109 (Motion of

Law Professors).  Per the Local Rules, Defendants have until December 14, 2020 to file a

response to these three motions.  W.D. Va. Civ. R. 11(c)(1).  Defendants intend to respond to all

three motions on or before that date.


Dated: November 30, 2020                          Respectfully submitted,


THOMAS T. CULLEN                                  JEFFREY BOSSERT CLARK
United States Attorney                            Assistant Attorney General
                                                  JONATHAN BRIGHTBILL
*/s/ Krista Consiglio Frith*                      Principal Deputy Assistant Attorney General
Assistant United States Attorney                  PAUL SALAMANCA
Virginia Bar No. 89088                            Deputy Assistant Attorney General
United States Attorney's Office
P.O. Box 1709                                     */s/ Barclay T. Samford*
Roanoke, VA 24008                                 BARCLAY T. SAMFORD
TEL (540) 857-2250                                NM State Bar No. 12323
FAX (540) 857-2614                                Senior Attorney
Krista.frith@usdoj.gov                            U.S. Department of Justice
                                                  Environment and Natural Resources Division
                                                  Natural Resources Section
                                                  999 18th Street, South Terrace, Suite 370
                                                  Denver, CO 80202
                                                  Tel: (303) 844-1475
                                                  E-mail: clay.samford@usdoj.gov


                                                  ALLEN M. BRABENDER
                                                  Attorney
                                                  U.S. Department of Justice
                                                  Environment and Natural Resources Division
                                                  Appellate Section
                                                  Post Office Box 7415
                                                  Washington, D.C. 20044
                                                  Tel: (202) 514-5316
                                                  E-mail: allen.brabender@usdoj.gov


2

STEVEN W. BARNETT
Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: steven.barnett@usdoj.gov

MATTHEW R. OAKES
Senior Counsel
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-1442
E-mail: matthew.oakes@usdoj.gov

CLARE BORONOW
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
clare.boronow@usdoj.gov