# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILD VIRGINIA, VIRGINIA WILDERNESS COMMITTEE, UPSTATE FOREVER, SOUTH CAROLINA WILDLIFE FEDERATION, NORTH CAROLINA WILDLIFE FEDERATION, NATIONAL TRUST FOR HISTORIC PRESERVATION, MOUNTAINTRUE, HAW RIVER ASSEMBLY, HIGHLANDERS FOR RESPONSIBLE DEVELOPMENT, DEFENDERS OF WILDLIFE, COWPASTURE RIVER PRESERVATION ASSOCIATION, CONGAREE RIVERKEEPER, THE CLINCH COALITION, CLEAN AIR CAROLINA, CAPE FEAR RIVER WATCH, ALLIANCE FOR THE SHENANDOAH VALLEY, and ALABAMA RIVERS ALLIANCE, | Case No. 3:20CV00045<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR STAY OF CASE** |
| Plaintiffs, | |
| v. | |
| COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY, | |
| Defendants, | |
| and | |
| AMERICAN FARM BUREAU FEDERATION, AMERICAN FOREST RESOURCE COUNCIL, AMERICAN | |

| | |
|---|---|
| FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, AMERICAN ROAD & TRANSPORTATION BUILDERS ASSOCIATION, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, FEDERAL FOREST RESOURCE COUNCIL, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL CATTLEMEN'S BEEF ASSOCIATION,<br><br>    Defendant-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The government defendants have moved for a 60-day stay of this case "to allow the new administration time to review the challenged agency action." Mot. 2, ECF No. 137. While the defendant-intervenors take no position on the request, the plaintiff conservation groups oppose the motion, contending that there is ongoing harm to their interests from the prior administration's Rule under attack in the case by virtue of numerous ongoing projects affected by it. Briefing is nearly completed in the case, and in essence they argue that time is wasting for the relief they hope to receive.

Upon due consideration of the motion and the response, I will deny the requested stay. Of course, as the parties surely anticipate, it will take me some time to rule on the pending motions for summary judgment once briefing is completed. But adding lengthy additional delay to my decision would not be appropriate, in my

judgment.  As requested, and without objection, I will grant a further extension for the filing of replies in support of the cross-motions for summary judgment.

Accordingly, the Federal Defendants' Motion for 60-Day Stay of Case, ECF No. 137, is DENIED.  The defendants and defendant-intervenors are GRANTED an extension of time to file reply briefs in support of their cross-motions for summary judgment, if they desire to do so, to March 17, 2021.

It is so **ORDERED**.

ENTER:  February 19, 2021

/s/  JAMES P. JONES
United States District Judge