# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| WILD VIRGINIA, | ) | |
| VIRGINIA WILDERNESS COMMITTEE, | ) | |
| UPSTATE FOREVER, | ) | |
| SOUTH CAROLINA WILDLIFE FEDERATION, | ) | |
| NORTH CAROLINA WILDLIFE FEDERATION, | ) | |
| NATIONAL TRUST FOR HISTORIC     PRESERVATION, | ) ) | |
| MOUNTAINTRUE, | ) | |
| HAW RIVER ASSEMBLY, | ) | |
| HIGHLANDERS FOR RESPONSIBLE     DEVELOPMENT, | ) ) | |
| DEFENDERS OF WILDLIFE, | ) | |
| COWPASTURE RIVER PRESERVATION     ASSOCIATION, | ) ) | |
| CONGAREE RIVERKEEPER, | ) | |
| THE CLINCH COALITION, | ) | |
| CLEAN AIR CAROLINA, | ) | |
| CAPE FEAR RIVER WATCH, | ) | |
| ALLIANCE FOR THE SHENANDOAH     VALLEY, and | ) ) | |
| ALABAMA RIVERS ALLIANCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) ) | Case No. 3:20CV00045 |
| | ) | |
| COUNCIL ON ENVIRONMENTAL QUALITY, and MARY NEUMAYER IN HER OFFICIAL     CAPACITY AS CHAIR OF THE     COUNCIL ON ENVIRONMENTAL     QUALITY, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |

| | |
|---|---|
| **AMERICAN FARM BUREAU FEDERATION,** | ) |
| **AMERICAN FOREST RESOURCE COUNCIL,** | ) |
| **AMERICAN FUEL & PETROCHEMICAL** | ) |
|    **MANUFACTURERS,** | ) |
| **AMERICAN PETROLEUM INSTITUTE,** | ) |
| **AMERICAN ROAD & TRANSPORTATION** | ) |
|    **BUILDERS ASSOCIATION,** | ) |
| **CHAMBER OF COMMERCE OF THE UNITED** | ) |
|    **STATES OF AMERICA,** | ) |
| **FEDERAL FOREST RESOURCE COALITION,** | ) |
| **INTERSTATE NATURAL GAS ASSOCIATION** | ) |
|    **OF AMERICA, and** | ) |
| **NATIONAL CATTLEMEN'S BEEF** | ) |
|    **ASSOCIATION,** | ) |
| | ) |
|                          Defendants-Intervenors. | ) |

## ORDER

It appearing proper, it is **ORDERED** as follows:

1. Oral argument is scheduled on the Plaintiffs' Motion for Summary Judgment, ECF No. 105, the Defendants' Cross-Motion for Summary Judgment, ECF No. 129, and the Defendants-Intervenors' Cross-Motion for Summary Judgment, ECF No. 128, for April 21, 2021, at 1:30 p.m., by Zoom video teleconferencing.  The court will allow one hour for Plaintiffs' argument on their Motion for Summary Judgment; one hour and a half for Defendants and Defendants-Intervenors on their Cross-Motions for Summary Judgment and their replies to Plaintiffs' Motion for Summary Judgment, the time to be divided as these parties may agree; 45 minutes

for Plaintiffs for reply; and 15 minutes for Defendants and Defendants-Intervenors for their replies, the time to be divided as these parties may agree.

2. Counsel must be aware that the court presently has scheduled criminal cases that day that require priority; it is hoped that those cases may be resolved before April 21, but if not, this oral argument may have to be rescheduled with little prior notice.

3. Members of the public and interested parties may listen to the argument but recording or rebroadcasting of the proceeding is prohibited and any violation may result in sanctions by the court.

4. The parties and amici shall forthwith submit to the chambers of the undersigned two courtesy copies of their briefs and memoranda relating to summary judgment, including any exhibits thereto.

ENTER: March 1, 2020

/s/ JAMES P. JONES
United States District Judge