# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILD VIRGINIA, ) | |
| VIRGINIA WILDERNESS COMMITTEE, ) | |
| UPSTATE FOREVER, ) | |
| SOUTH CAROLINA WILDLIFE FEDERATION, ) | |
| NORTH CAROLINA WILDLIFE FEDERATION, ) | |
| NATIONAL TRUST FOR HISTORIC ) | |
|    PRESERVATION, ) | |
| MOUNTAINTRUE, ) | |
| HAW RIVER ASSEMBLY, ) | |
| HIGHLANDERS FOR RESPONSIBLE ) | |
|    DEVELOPMENT, ) | |
| DEFENDERS OF WILDLIFE, ) | |
| COWPASTURE RIVER PRESERVATION ) | |
|    ASSOCIATION, ) | |
| CONGAREE RIVERKEEPER, ) | |
| THE CLINCH COALITION, ) | |
| CLEAN AIR CAROLINA, ) | |
| CAPE FEAR RIVER WATCH, ) | |
| ALLIANCE FOR THE SHENANDOAH ) | |
|    VALLEY, and ) | |
| ALABAMA RIVERS ALLIANCE, ) | |
| ) | |
|             Plaintiffs, ) | |
| ) | |
| v. ) | Case No. |
| ) | 3:20CV00045 |
| ) | |
| COUNCIL ON ENVIRONMENTAL QUALITY, ) | |
| and ) | |
| MARY NEUMAYER IN HER OFFICIAL ) | |
|    CAPACITY AS CHAIR OF THE ) | |
|    COUNCIL ON ENVIRONMENTAL ) | |
|    QUALITY, ) | |
| ) | |
|             Defendants, ) | |
| and ) | |

-2-

| | |
|---|---|
| **AMERICAN FARM BUREAU FEDERATION,** <br> **AMERICAN FOREST RESOURCE COUNCIL,** <br> **AMERICAN FUEL & PETROCHEMICAL**     **MANUFACTURERS,** <br> **AMERICAN PETROLEUM INSTITUTE,** <br> **AMERICAN ROAD & TRANSPORTATION**     **BUILDERS ASSOCIATION,** <br> **CHAMBER OF COMMERCE OF THE UNITED**     **STATES OF AMERICA,** <br> **FEDERAL FOREST RESOURCE COALITION,** <br> **INTERSTATE NATURAL GAS ASSOCIATION**     **OF AMERICA, and** <br> **NATIONAL CATTLEMEN'S BEEF**     **ASSOCIATION,** <br>          Defendants-Intervenors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Defendants' Motion for Remand Without Vacatur will be argued on April 21, 2021, at the time and method previously scheduled. The parties may use their time allotted to argue both the pending motions for summary judgment or the motion for remand, or both, as they desire, subject to possible questions from court as to both motions.

It is so **ORDERED**.

ENTER: March 29, 2021

/s/ JAMES P. JONES
United States District Judge