**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

WILD VIRGINIA, VIRGINIA WILDERNESS COMMITTEE, UPSTATE FOREVER, SOUTH CAROLINA WILDLIFE FEDERATION, NORTH CAROLINA WILDLIFE FEDERATION, NATIONAL TRUST FOR HISTORIC PRESERVATION, MOUNTAINTRUE, HAW RIVER ASSEMBLY, HIGHLANDERS FOR RESPONSIBLE DEVELOPMENT, DEFENDERS OF WILDLIFE, COWPASTURE RIVER PRESERVATION ASSOCIATION, CONGAREE RIVERKEEPER, THE CLINCH COALITION, CLEAN AIR CAROLINA, CAPE FEAR RIVER WATCH, ALLIANCE FOR THE SHENANDOAH VALLEY, and ALABAMA RIVERS ALLIANCE,

Plaintiffs,

v.

COUNCIL ON ENVIRONMENTAL QUALITY and MARY NEUMAYR IN HER OFFICIAL CAPACITY AS CHAIR OF THE COUNCIL ON ENVIRONMENTAL QUALITY,

Defendants,

and

AMERICAN FARM BUREAU FEDERATION, AMERICAN FOREST RESOURCE COUNCIL, AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AMERICAN PETROLEUM INSTITUTE, AMERICAN ROAD & TRANSPORTATION BUILDERS ASSOCIATION, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, FEDERAL FOREST RESOURCE COUNCIL, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL CATTLEMEN'S BEEF ASSOCIATION,

Defendant-Intervenors.

Case No. 3:20-cv-00045-JPJ-PMS

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Rules 6(f) and (i), and subject to approval by the Court, Defendants Council on Environmental Quality and Mary Neumayr,[1] in her official capacity as Chair of the Council on Environmental Quality, give notice that Gregory M. Cumming is substituted as counsel in place of Barclay T. Samford in the above-captioned case.

Service of all papers by U.S. Mail should be addressed as follows:

Gregory M. Cumming
Trial Attorney
United States Department of Justice
Environment & Natural Resources
Division Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0457
gregory.cumming@usdoj.gov

Overnight and hand deliveries should be addressed to:

Gregory M. Cumming
Trial Attorney
United States Department of Justice
Environment & Natural Resources
Division Natural Resources Section
150 M St., N.E., Room 3.1404
Washington, D.C. 20002

Respectfully submitted this 14th day of April 2021,

DANIEL P. BUBAR
Acting United States Attorney

*/s/ Krista Consiglio Frith*
Assistant United States Attorney
Virginia Bar No. 89088
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2250
FAX (540) 857-2614

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Gregory M. Cumming*
Gregory M. Cumming (D.C. Bar No. 1018173)
Trial Attorney
Environment & Natural Resources Division
Natural Resources Section
150 M St., N.E.

[1] Pursuant to Fed. R. Civ. P. 25(d), Ms. Neumayr will be substituted with her replacement at the Council on Environmental Quality once he or she is confirmed.

Krista.frith@usdoj.gov

Washington, D.C. 20002
(202) 598-0414 (phone)
gregory.cumming@usdoj.gov

CLARE BORONOW
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1362
E-mail: clare.boronow@usdoj.gov

MATTHEW R. OAKES
Senior Counsel
Environment and Natural Resources Division
Law and Policy Section
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
Tel: (202) 514-2686
E-mail: matthew.oakes@usdoj.gov

STEVEN BARNETT
Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
950 Pennsylvania Ave., NW
Washington, DC 20530
Tel.: (202) 305-0472
E-mail: steven.barnett@usdoj.gov

ALLEN BRABENDER
Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Appellate Section
950 Pennsylvania Ave., NW
Washington, DC 20530
Tel.: (202) 514-5316
E-mail: allen.brabender@usdoj.gov

*Counsel for Defendants*