# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**WILD VIRGINIA ET AL.**

vs.

**COUNCIL ON ENVIRONMENT QUALITY ET AL.**

Action No:   3:20CV00045
Date:   4/21/2021
Judge:   James P. Jones, USDJ
Court Reporter:   Donna Prather, OCR
Deputy Clerk:   Lottie Lunsford

**Plaintiff Attorney(s)**

Kimberley Hunter
Kristin Davis
Megan Kimball
Nicholas Torrey
Samuel Evans

**Defendant Attorney(s)**

Clare Boronow

**Intervenor Defendant(s)**

Michael Kimbely
Joshua Rogaczewski

PROCEEDINGS:
Counsel appearing via video conference for hearing on Motion for Summary Judgment (DE 105), Cross Motion for Summary Judgment (DE 128) Cross Motion for Summary Judgement (DE 129) and Motion to Remand (DE 145)
Court hears argument. Court takes motions under advisement.

Time in Court:   1:29-3:16; 3:24-4:02 p. m. (1 hour 24 minutes)