IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| WILD VIRGINIA, <br> VIRGINIA WILDERNESS COMMITTEE, <br> UPSTATE FOREVER, <br> SOUTH CAROLINA WILDLIFE FEDERATION, <br> NORTH CAROLINA WILDLIFE FEDERATION, <br> NATIONAL TRUST FOR HISTORIC <br>   PRESERVATION, <br> MOUNTAINTRUE, <br> HAW RIVER ASSEMBLY, <br> HIGHLANDERS FOR RESPONSIBLE <br>   DEVELOPMENT, <br> DEFENDERS OF WILDLIFE, <br> COWPASTURE RIVER PRESERVATION <br>   ASSOCIATION, <br> CONGAREE RIVERKEEPER, <br> THE CLINCH COALITION, <br> CLEAN AIR CAROLINA, <br> CAPE FEAR RIVER WATCH, <br> ALLIANCE FOR THE SHENANDOAH <br>   VALLEY, and <br> ALABAMA RIVERS ALLIANCE, <br><br>                    Plaintiffs, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY, <br> and <br> BRENDA MALLORY IN HER OFFICIAL <br>   CAPACITY AS CHAIR OF THE <br>   COUNCIL ON ENVIRONMENTAL <br>   QUALITY, <br><br>                    Defendants, <br> and <br><br> AMERICAN FARM BUREAU FEDERATION, <br> AMERICAN FOREST RESOURCE COUNCIL, |  <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. <br> 3:20CV00045 |

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS,<br>AMERICAN PETROLEUM INSTITUTE,<br>AMERICAN ROAD & TRANSPORTATION BUILDERS ASSOCIATION,<br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,<br>FEDERAL FOREST RESOURCE COALITION,<br>INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and<br>NATIONAL CATTLEMEN'S BEEF ASSOCIATION,<br><br>         Defendants-Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL ORDER

For the reasons stated in the accompanying Opinion, the case is hereby DISMISSED WITHOUT PREJUDICE.

The following motions are TERMINATED AS MOOT:

1. Plaintiffs' Motion for Summary Judgment, ECF No. 105;

2. Motions for Summary Judgment of Defendant-Intervenors and Defendants, ECF Nos. 128 and 129; and

3. Defendants' Motion for Remand Without Vacatur, ECF No. 145.

It is so **ORDERED.**

The Clerk shall close the case.

ENTER: June 21, 2021

/s/  JAMES P. JONES
United States District Judge